FILED
CLERK, U.S. DISTRICT COURT

JUN 10 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES TAZBAZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JULIA RIOS, et al.,<br><br>　　　　Defendants. | Case No. CV 14-4088 UA<br><br>ORDER REMANDING ACTION |

For the reasons set forth in the Order denying leave to file this action without prepayment of filing fees, this action is hereby REMANDED to the state superior court for further proceedings.

IT IS SO ORDERED.

DATED: 6/6, 2014

_____
HON. GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE